**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| NATHAN AND SONS, LLC, a Wyoming limited liability company, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:26-cv-01740-PAB-STV |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| LARINE LLC, a Delaware limited liability company, as successor by merger to STRATEGIC NEXUS, LLC, a New Jersey limited liability company, | ) | |
| Defendant. | ) | |

---

John Di Giacomo
Amanda Igra
REVISION LEGAL, PLLC
444 Cass Street, Suite D
Traverse City, MI 49684
T: (231) 714-0100
F: (231) 714-0200
john@revisionlegal.com
amanda.igra@revisionlegal.com
Attorneys for Plaintiff

Amanda G. Hyland
Austin C. Vining
Jackson Wahlbom
BUCHALTER LLP
3475 Piedmont Road NE, Suite 1100
Atlanta, GA 30305
Tel.: 404-832-7530
ahyland@buchalter.com
avining@buchalter.com
jwahlbom@buchalter.com
Attorneys for Defendant

---

**PLAINTIFF'S NOTICE OF FILING THIRD AMENDED COMPLAINT**

Plaintiff Nathan and Sons, LLC ("Nathan"), by and through its counsel, respectfully gives notice of the filing of its Third Amended Complaint, a copy of which is filed herewith, pursuant to Federal Rule of Civil Procedure 15(a)(2) and D.C.COLO.LCivR 15.1(a).

1. This amendment is unopposed. Federal Rule of Civil Procedure 15(a)(2) permits a party to amend its pleading with the opposing party's written consent. Undersigned counsel has conferred with counsel for Defendant Larine LLC, and Defendant, through its counsel, has

provided its written consent to the filing of the Third Amended Complaint by electronic mail dated September 1, 2026, a copy of which is attached as Exhibit 3. The amendment is therefore unopposed.

2. This Notice and the accompanying Third Amended Complaint are filed on September 1, 2026, which is the deadline established by the Court's Scheduling Order for amendment of the pleadings. The amendment is therefore timely.

3. The Third Amended Complaint adds a single claim, Count VI, for infringement of Plaintiff's federally registered trade dress (U.S. Trademark Registration No. 8,331,508) under 15 U.S.C. § 1114, together with supporting allegations and one additional exhibit (Exhibit L, the certificate of registration). The registration issued on July 7, 2026, after the operative Second Amended Complaint was filed. The amendment makes no other substantive change to the claims or allegations.

4. In accordance with D.C.COLO.LCivR 15.1(a), a copy of the Third Amended Complaint that strikes through the text to be deleted and underlines the text to be added, reflecting the changes from the operative Second Amended Complaint (ECF No. 28-1), is attached as Exhibit 2.

5. The Third Amended Complaint is attached as Exhibit 1, and the exhibits to the Third Amended Complaint are attached as Exhibits A through L. Exhibits A through K are identical to the exhibits filed with the operative Second Amended Complaint (ECF No. 28-3 through 28-13); Exhibit L, the certificate of U.S. Trademark Registration No. 8,331,508, is filed for the first time herewith.

Respectfully submitted,

REVISION LEGAL, PLLC

Dated: September 1, 2026

By: /s/ John Di Giacomo
John Di Giacomo
Amanda Igra

REVISION LEGAL, PLLC
444 Cass Street, Suite D
Traverse City, MI 49684
T: (231) 714-0100
john@revisionlegal.com
Attorneys for Plaintiff Nathan and Sons, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2026, I electronically filed the foregoing Notice of Filing Third Amended Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

REVISION LEGAL, PLLC

Dated: September 1, 2026

By: /s/ John Di Giacomo

John Di Giacomo
Amanda Igra
REVISION LEGAL, PLLC
444 Cass Street, Suite D
Traverse City, MI 49684
T: (231) 714-0100
john@revisionlegal.com
Attorneys for Plaintiff Nathan and Sons, LLC